UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH DUMLAO AND TOMMY DUMLAO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE HOME LOANS INC., et al,<br><br>　　　　Defendants. | Case No. 14-cv-03413 NC<br><br>**ORDER TO SHOW CAUSE** |

　　This order concerns three issues. First, on August 28, 2014, this Court granted plaintiffs Judith Dumlao and Tommy Dumlao's motion for leave to file an amended complaint. The plaintiffs have not done so. Secondly, plaintiffs have not consented or declined to proceed before a magistrate judge. Third, a case management conference was held in this Court at 10:00 a.m. on October 29, 2014. Plaintiffs did not appear and did not file a case management statement.

　　Accordingly, IT IS ORDERED that Ms. Dumlao and Mr. Dumlao appear in person on November 19, 2014, at 10:00 a.m., before Magistrate Judge Nathanael Cousins, in

Case No. 14-cv-03413 NC
ORDER TO SHOW CAUSE

Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. At that hearing, Ms. Dumlao and Mr. Dumlao must show cause or explain to the Court why this action should not be dismissed for their failure to prosecute.

Additionally, if Ms. Dumlao and Mr. Dumlao still wish to file an amended complaint, they must do so by November 14, 2014.

Third, plaintiffs must file a form indicating whether or not they consent or decline this magistrate judge's jurisdiction. The form is attached to this order. Ms. Dumlao and Mr. Dumlao must file this form by November 14, 2014.

Plaintiffs are alerted that if they fail to comply with this order, the Court may dismiss their case.

For more guidance, Ms. Dumlao and Mr. Dumlao may contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-8982. Ms. Dumlao and Mr. Dumlao may also refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook.

IT IS SO ORDERED.

Date: October 30, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s). | Case No. C<br><br>CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE<br>JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____    NAME: _____

COUNSEL FOR
(OR "PRO SE"):   _____

_____
*Signature*